UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AUBREY MINOR,

        Petitioner,

v.                                 Case No. 3:05-cv-1062-J-20HTS

FLORIDA DEPT. OF CORR.,
et al.,

        Respondents.

## ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for **Escambia** County, Florida. Therefore, pursuant to 28 U.S.C. § 2241(d), this case is transferred to the United States District Court for the **Northern** District of Florida for all further proceedings, and the Clerk shall immediately forward the file to that District.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of October, 2005.

                                                      UNITED STATES DISTRICT JUDGE

ps 10/14
c:
Aubrey Minor